THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARITY FEHRENBACH,<br><br>Plaintiff,<br>v.<br><br>ACCOUNTS RECEIVABLE, INC.,<br><br>Defendant. | CASE NO. C18-0286-JCC<br><br>ORDER |

This matter comes before the Court on the parties' letters to the Court (Dkt. Nos. 14, 15.) Defendant seeks a continuance to respond to Plaintiff's motion for partial summary judgment (Dkt. No. 13) to sometime after Plaintiff's deposition, currently scheduled for August 31, 2018. Defendant's request is GRANTED. Absent a change in the deposition date, Defendant's response to Plaintiff's motion for partial summary judgment is due September 10, 2018. Defendant's reply is due September 14, 2018. The Clerk is DIRECTED to re-note Plaintiff's motion (Dkt. No. 13) to September 14, 2018.

DATED this 12th day of July 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-0286-JCC
PAGE - 1