THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARITY FEHRENBACH, | CASE NO. C18-0286-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ACCOUNTS RECEIVABLE, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' September 11, 2018 e-mail notice of settlement. The trial, currently scheduled for June 3, 2019, and all case management deadlines, are VACATED. The parties are DIRECTED to submit either a stipulated motion to dismiss or a joint status report no later than November 11, 2018. The Clerk is DIRECTED to terminate the Plaintiff's outstanding motion for partial summary judgment (Dkt. No. 13) and to statistically close the case.

DATED this 12th day of September 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk